# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JULIO PEREZ,**

    **Plaintiff,**

**v.**                                      **CASE NO. 3:18cv279-MCR-CJK**

**C. COURTNEY, et al.,**

    **Defendants.**

_____/

## **O R D E R**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 5, 2018. ECF No. 9. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this Order.

2. This action is DISMISSED without prejudice under 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim on which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of July 2018.

                                 s/ *M. Casey Rodgers*
                                 **M. CASEY RODGERS**
                                 **UNITED STATES DISTRICT JUDGE**